## Artcraft Mantel Company, Appellant, *v.* Signorella et al.

Argued November 13, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WATKINS, MONTGOMERY, and FLOOD, JJ. (WOODSIDE, J., absent).

*Allen N. Brunwasser,* for appellant.

*Charles S. Morrow,* with him *Edward O. Spotts,* for appellees.

OPINION PER CURIAM, December 12, 1962:
The six judges who heard the argument in this case being equally divided in opinion, the order is affirmed.